*In re* ÁNGEL T. BERRÍOS PAGÁN, notario.

*Número:* 3019     *Resuelto:* 20 de enero de 1987

---

*Govén D. Martínez Surís,* Director de Inspección de Notarías, querellante; *Ángel T. Berríos Pagán, pro se.*

PER CURIAM: El 13 de noviembre de 1986 le concedimos al notario Ángel T. Berríos Pagán un término para mostrar causa por la cual no deba ser separado del ejercicio de la notaría, provisional o permanentemente, por no haber rendido desde el mes de octubre de 1985 hasta el 24 de octubre de 1986 los índices notariales que requiere la ley.

En su comparecencia admite la falta. Aduce que por motivos de salud tuvo una práctica limitada durante la primera parte del 1985 y que desde octubre de ese mismo año no tuvo labor notarial. Solicita que se le inactive de la práctica de la notaría hasta que su salud mejore.

En vista de que se ha admitido el incumplimiento de la obligación alegada, *In re Rigau, Jr.,* 118 D.P.R. 89 (1986), y a tenor con las circunstancias aducidas, *se suspenderá al Lic. Ángel T. Berríos Pagán del ejercicio de la notaría por un año. Concluido dicho término podrá solicitar la reinstalación mediante prueba fehaciente de que está capacitado para ejercer la notaría nuevamente.*

Los Jueces Asociados Señor Rebollo López y la Señora Naveira de Rodón no intervinieron.